# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. George Thomas Chance, Jr.                               Docket No. 4:12-CR-105-1D

### Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of George Thomas Chance, Jr., who, upon an earlier plea of guilty to Conspiracy to Possess With the Intent to Distribute and Distribute Cocaine Base, was sentenced by the Honorable Richard L. Williams, U.S. District Judge in the Eastern District of Virginia, on September 13, 2006, to the custody of the Bureau of Prisons for a term of 140 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 5 years under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall provide the probation officer with access to requested financial information.

2. The defendant shall participate as directed in a program approved by the Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.

3. The defendant shall participate in a program approved by the Probation Office for mental health treatment, with partial cost to be paid by the defendant, all as directed by the probation officer.

4. The defendant shall pay for the support of his minor child in any amount ordered by any social service agency or court of competent jurisdiction. In the absence of any such order, payments are to be made on a schedule to be determined by the Court at the inception of supervision, based on defendant's financial circumstances.

George Thomas Chance, Jr. was released from custody on September 26, 2011, at which time the term of supervised release commenced in the Eastern District of North Carolina. On September 28, 2012, jurisdiction was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 14, 2012, while in Wake County, North Carolina, the defendant was arrested for Driving While Impaired (12CR7510) and Speeding (12CR742955). As a result, his driver's license was suspended. On July 26, 2012, the violation conduct was reported to the Eastern District of

George Thomas Chance, Jr.
Docket No. 4:12-CR-105-1D
Petition For Action
Page 2

Virginia and a request for transfer of jurisdiction initiated so that future court interventions could be addressed. Thereafter, on December 10, 2012, the defendant was charged in Pitt County, North Carolina, with Driving While License Revoked (12CR5486). On January 8, 2013, this offense was reduced to Traffic Control Device Violation with a fine and court costs imposed. On April 23, 2013, Chance pled guilty to the Wake County charge of Driving While Impaired and was sentenced to 30 days custody, suspended for 12 months of unsupervised probation, ordered to obtain an assessment, 24 hours of community service, which has been completed, and surrender license. On April 30, 2013, the defendant was again charged with Driving While License Revoked in Pitt County (citation #7414327-X), where the charge remains pending for disposition. With the exception of these incidents, Chance has made a favorable adjustment to supervision since his release and remains in compliance with conditions of supervision. As a sanction for this violation conduct, the completion of a cognitive behavioral program is recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
201 South Evans Street, Room 214
Greenville, NC 27858-1137
Phone: 252-758-7200
Executed On: May 9, 2013

George Thomas Chance, Jr.
Docket No. 4:12-CR-105-1D
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this __9__ day of __May__, 2013, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge